1  RICHARD J. PAPST, ESQ.  (SB #080503)
   LAW OFFICES OF RICHARD J. PAPST
2  1430 Truxtun Avenue, Suite 803
   Bakersfield, California  93301
3  (661) 634-0696
   (661) 634-0699 (FAX)
4
   Attorneys for Defendant
5  DAVID DIAZ

6

7
                    UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   JODY GARDNER CLANAHAN,          )   CASE NO. 1:05-CV-00796-REC-DLB
11                                 )
                 Plaintiff,        )   STIPULATION AND ORDER RE
12                                 )   EXTENSION OF TIME TO RESPOND
   vs.                             )   TO COMPLAINT
13                                 )
   McFARLAND UNIFIED SCHOOL        )
14 DISTRICT, et al.,               )
                                   )
15               Defendants.       )
   _____)
16

17      IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel that defendant DAVID DIAZ's time to respond to plaintiff JODY GARDNER

19 CLANAHAN's Complaint for Damages be extended up to and including August 16, 2005.

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

---
Stipulation and Order re Extension of Time to Respond         1

1 | IT IS SO STIPULATED.

2 | DATED: July 20, 2005          LAW OFFICES OF RICHARD J. PAPST

5 | BY:  /S/ RICHARD J. PAPST
6 | RICHARD J. PAPST,
Attorneys for Defendant David Diaz

8 | DATED: July 22, 2005          LAW OFFICES OF PHYLLIS E. ANDELIN

10 | BY:  /S/ PHYLLIS E. ANDELIN
11 | PHYLLIS E. ANDELIN
Attorneys for Plaintiff
12 | Jody Gardner Clanahan

14 | IT IS SO ORDERED.

15 | **Dated:    July 26, 2005**          /s/ Dennis L. Beck
3b142a                    UNITED STATES MAGISTRATE JUDGE

---

Stipulation and Order re Extension of Time to Respond          2