PHYLLIS E. ANDELIN (SB #60430)
Law Offices of Phyllis E. Andelin
4000 Bridgeway Suite 103
Sausalito, California 94965
Telephone: (415) 332 2602
Facsimile: (415) 332 2657

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN, | 1:05 CV 00796 REC DLB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF LEAVE TO FILE PROPOSED SUPPLEMENTAL COMPLAINT** |
| vs. | |
| MCFARLAND UNIFIED SCHOOL DISTRICT, through its Board of Trustees; DAVID DIAZ, an individual, | **Doc (14)** |
| Defendants. | |

Plaintiff's motion for leave to file a Supplemental Complaint to allege events related to the claims initially made in this action which have occurred since the filing of the initial Complaint, came on for hearing on October 3, 2005 at 1:30 p.m.

Having considered the authorities and papers filed by the parties, and for good cause shown, the plaintiff's motion is granted.  The Proposed Supplemental Complaint filed with the moving papers may be deemed filed and served as of the date of this Order.

IT IS SO ORDERED.

Nunc Pro Tunc Date:                _____/s/Dennis L. Beck_____
September 28, 2005                 United States Magistrate Judge