PHYLLIS E. ANDELIN (SB #60430)
Law Offices of Phyllis E. Andelin
4000 Bridgeway Suite 103
Sausalito, California 94965
Telephone: (415) 332 2602
Facsimile: (415) 332 2657

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN, ) | Case 1:05 CV 00796 OWW DLB |
| ) | |
| Plaintiff, ) | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| MCFARLAND UNIFIED SCHOOL DISTRICT, ) through its Board of Trustees; ) DAVID DIAZ, an individual; ) ERMALINDA OZUNA, an individual, ) | |
| ) | |
| Defendants. ) | |
| _____ | |

In accordance with the suggestion of this Court, the parties have requested a further settlement conference. A Settlement Conference is scheduled for November 1, 2006 at 1:00 p.m. in Courtroom 9 before the Honorable Dennis L. Beck, U.S. Magistrate Judge.

Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference.

CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

At least five (5) court days prior to the Settlement Conference the parties shall submit, directly to the Magistrate Judges chambers by email to DLBOrders@caed.uscourts.gov, a

1

Confidential Settlement Conference Statement.  The statement should not be filed with the Clerk of the Court nor served on any other party, although the parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.  Counsel are urged to request the return of their statements if settlement is not achieved and if such a request is not made the Court will dispose of the statement.

The Confidential Settlement Conference Statement shall include the following:

    A.  A brief statement of the facts of the case.

    B.  A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    C.  A summary of the proceedings to date.

    D.  An estimate of the cost and time to be expended for further discovery, pretrial and trial.

    E.  The relief sought.

    F.  The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

<u>     IT IS SO</u> ORDERED.

**Dated:   September 25, 2006**              **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE