IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN, | CASE NO. CV F 06-0796 LJO DLB |
| Plaintiff, | **ORDER TO USE UPDATED NINTH CIRCUIT MODEL JURY INSTRUCTIONS** |
| vs. | |
| MCFARLAND UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

The Ninth Circuit Jury Instructions Committee has completed an extensive revision of the *Ninth Circuit Manual of Model Civil Jury Instructions*. The revised instructions are available online at the Ninth Circuit's Internet website at this direct link: http://www.ce9.uscourts.gov/web/sdocuments.nsf/civ. The instructions are also available at the Office of the Circuit Executive Intranet website at this direct link: http://www.ce9.uscourts.gov/web/sdocuments.nsf/civ. The instructions may be downloaded in the interim pending distribution of the hard copy volumes.

This Court ORDERS the parties to use, where applicable, the revised Ninth Circuit instructions for this action.

IT IS SO ORDERED.

**Dated:   April 25, 2007**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1