IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN, | CASE NO. CV F 05-0796 LJO DLB |
| Plaintiff, | **ORDER ON PLAINTIFF'S MOTIONS IN LIMINE** |
| vs. | (Doc. 60.) |
| MCFARLAND UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. / | |

In this employment discrimination and retaliation and related action, this Court conducted a May 10, 2007 hearing on plaintiff Jody Gardner Clanahan's ("Ms. Clanahan's") motions in limine. Ms. Clanahan appeared by counsel Phyllis E. Andelin, Law Offices of Phyllis E. Andelin. Defendants McFarland Unified School District ("District") and Ermalinda Ozuna ("Ms. Ozuna") appeared by counsel Arnold Anchordoquy, Clifford & Brown. Defendant David Diaz ("Mr. Diaz") appeared by counsel Gregory L. Myers, Myers & Mayfield. This Court issues the following rulings on Ms. Clanahan's motions in limine. Further discussion on and grounds for the rulings are available from the transcript of the May 10, 2007 hearing.

**1.    Ms. Clanahan's Motion In Limine No. 1 To Exclude Billie Kinsinger's Testimony And Report:** This Court GRANTS the motion insofar as Billie Kinsigner's report is excluded from evidence.

**2.    Ms. Clanahan's Motion In Limine No. 2 To Exclude Tamara Wallace's

1

**Misdemeanor Conviction:** This Court EXCLUDES evidence of Tamara Wallace's 12-year old misdemeanor conviction but does not exclude evidence of Tamara Wallace's background to demonstrate her bias.

**3.  Ms. Clanahan's Motion In Limine No. 3 To Exclude Witnesses Not Identified In The District's F.R.Civ.P. 26(a)(1) Initial Disclosures:** This Court GRANTS the motion in entirety and EXCLUDES the 19 newly-disclosed witnesses identified in Ms. Clanahan's motion in limine.

**4.  Ms. Clanahan's Motion In Limine No. 4 To Exclude Information And Documents Not Disclosed During Discovery:** Based on the District's agreement to provide Mr. Diaz' personnel file, this motion in limine is rendered moot.  This Court ORDERS the District, no later than May 14, 2007, to provide Ms. Clanahan a copy of Mr. Diaz' personnel file.

**5.  Ms. Clanahan's Motion In Limine No. 5 To Exclude Portions of Defense Expert Howard Terrell's Testimony:** This Court PRECLUDES expert Terrell to testify regarding Ms. Clanahan's 2001 therapeutic abortion, 2000 breast implants, herpes, tattoos (other than her tattoo on her mid-back), smoking and conduct as a mother.  This Court PERMITS expert Terrell to testify regarding his evaluation of Ms. Clanahan's judgment as a teacher, Ms. Clanahan's mid-back tattoo, and Ms. Clanahan's headaches attributable to defendants' conduct.

**6.  Ms. Clanahan's Motion In Limine No. 6 To Exclude Material Obtained After Discovery:** This Court GRANTS the motion in limine insofar as to EXCLUDE the Hanna, Brophy workers' compensation file.

**7.  Ms. Clanahan's Motion In Limine No. 7 To Exclude Ms. Clanahan's Workers' Compensation Claim:** This Court GRANTS the motion in limine insofar as to EXCLUDE Ms. Clanahan's workers' compensation file.

**8.  Ms. Clanahan's Motion In Limine No. 8 To Exclude Settlement Issues:** This Court GRANTS the motion in limine and EXCLUDES settlement issues.

**9.  Ms. Clanahan's Motion In Limine No. 9 To Exclude Witnesses During Trial:** This Court GRANTS the motion in limine and EXCLUDES witnesses from trial to prevent them to hear other witnesses' testimony.

**10.  Ms. Clanahan's Motion In Limine No. 10 To Exclude Opinion Testimony Of Mr.**

**Diaz, Ms. Ozuna And District Management:** After discussion with counsel, this Court DENIES the motion in limine as unnecessary.

    **11.**    **Ms. Clanahan's Motion In Limine No. 11 Regarding Judicial Notice:** The motion is rendered moot with Ms. Clanahan providing defendants proofs of service of her initial complaint.

    **12.**    **Ms. Clanahan's Motion In Limine No. 12 Regarding Authentication And Admission Of Records:** This Court DEFERS ruling on the motion in limine pending the parties' meet and confer efforts.

IT IS SO ORDERED.

**Dated:   May 11, 2007**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE