**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JODY GARDNER CLANAHAN, | CASE NO. CV F 05-0796 LJO DLB |
| Plaintiff, | **ORDER AFTER MAY 14, 2007 HEARING** |
| vs. | |
| MCFARLAND UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. / | |

In this employment discrimination and retaliation and related action, this Court conducted a May 14, 2007 hearing to address several evidentiary matters. Plaintiff Jody Gardner Clanahan ("Ms. Clanahan") appeared by telephone by counsel Phyllis E. Andelin, Law Offices of Phyllis E. Andelin. Defendants McFarland Unified School District ("District") and Ermalinda Ozuna ("Ms. Ozuna") appeared by telephone by counsel Arnold Anchordoquy, Clifford & Brown. Defendant David Diaz ("Mr. Diaz") appeared by telephone by counsel Gregory L. Myers, Myers & Mayfield. This Court issues the following rulings. Further discussion on and grounds for the rulings are available from the transcript of the May 14, 2007 hearing.

   **1.**   **Mr. Diaz' Personnel File:** This Court ORDERS the District, no later than 5 p.m. on May 14, 2007, to provide Ms. Clanahan with Mr. Diaz' personnel file, except those records reflecting Mr. Diaz' pay increases. This Court ORDERS the District, no later than May 15, 2007, to file under seal Mr. Diaz' records reflecting pay increases.

1     **2.**     **Bifurcation Of Punitive Damages:** This Court BIFURCATES the amount of punitive damages from liability and related issues. At the first phase of trial, the elements of punitive damages will be addressed, and if Ms. Clanahan proves those elements, this Court will conduct a second phase on the amount of punitive damages to be awarded to Ms. Clanahan.

    **3.**     **Preclusion Of Manual Cantu, Roberto Cardenas And Maria Salgado:** This Court PRECLUDES Manual Cantu, Roberto Cardenas and Maria Salgado to testify on grounds that Ms. Clanahan failed to supplement her F.R.Civ.P. 26(a) initial disclosures to timely identify them as witnesses.

IT IS SO ORDERED.

**Dated:**   **May 14, 2007**                                            /s/ Lawrence J. O'Neill
                                                                                     UNITED STATES DISTRICT JUDGE