IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN, | CASE NO. CV F 06-0796 LJO DLB |
| Plaintiff, | **FURTHER ORDER ON PRETRIAL MATTERS** |
| vs. | |
| MCFARLAND UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. / | |

This Court issued its April 26, 2007 pretrial order to require, among other things, that the parties pre-mark and exchange exhibits no later than May 8, 2007 to allow sufficient time for the parties to file objections to disputed exhibits. The pretrial order also required the parties, no later than May 8, 2007, to serve proposed jury instructions and verdict forms to allow sufficient time for the parties to file objections to disputed jury instructions and verdict forms. Plaintiff Jody Clanahan filed her May 16, 2007 notice to indicate that defendant McFarland Unified School District has failed to provide proposed jury instructions and that no defendant has provided an exhibit list index or complete set of pre-marked exhibits.

This Court ADMONISHES the parties to strictly comply with the pretrial order and that failure to comply with the pretrial order will result in a party's waiver of, among other things, to introduce exhibits and to propose jury instructions. This Court ORDERS the parties, no later than May 17, 2007, to file a single verdict form to address all of plaintiff's claims. This Court will not accept a separate

1 verdict forms as to each of plaintiff's claims.
2     IT IS SO ORDERED.
3 **Dated:    May 17, 2007**          /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE