**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JODY GARDNER CLANAHAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>MCFARLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 05-0796 LJO DLB<br><br>**ORDER FOR DEFENDANTS' ACCURATE WITNESS LISTS** |

This Court issued its May 19, 2007 order to exclude certain defense witnesses. Defendants have submitted witness lists which include witnesses excluded by this Court. As such, this Court ORDERS defendants McFarland Unified School District, David Diaz and Ermalinda Ozuna, no later than 12 p.m. May 18, 2007, to file and serve their updated and accurate witness lists, omitting witnesses which this Court has excluded. This Court ADMONISHES the parties that it will sanction them for disobedience of this Court's orders.

IT IS SO ORDERED.

**Dated:   May 18, 2007**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1