# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MCFARLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 05-0796 LJO DLB<br><br>**ORDER TO CLARIFY IMPEACHMENT WITNESSES** |

In response to defense counsel's request, this Court CLARIFIES that the parties may call impeachment witnesses not identified in their F.R.Civ.P. 26(a)(1) initial disclosures if such witnesses testify "solely for impeachment," pursuant to F.R.Civ.P. 26(a)(1).

IT IS SO ORDERED.

**Dated:   May 18, 2007**                    /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE