1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JODY GARDNER CLANAHAN,                    CASE NO. CV F 05-0796 LJO DLB

12                     Plaintiff,          **SUA SPONTE ORDER TO AUTHORIZE**
                                           **POST-TRIAL DEPOSITION**
13          vs.

14    MCFARLAND UNIFIED SCHOOL
      DISTRICT, et al.,
15
                       Defendants.
16    _____/

17          IN LIGHT OF STATEMENTS MADE BY DEFENSE COUNSEL OF THEIR INTENT

18    TO MOVE THIS COURT FOR A NEW TRIAL, ON AT LEAST THE GROUND OF

19    PRESENTATION OF IMPERMISSIBLE EVIDENCE WHICH WAS THE BASIS FOR AN IN-TRIAL

20    MOTION FOR MISTRIAL, AND TO AVOID DELAY IF THEY DO SO FILE, THIS COURT

21    ORDERS THAT THE PARTIES ARE AUTHORIZED TO TAKE THE DEPOSITION  OF TRIAL

22    WITNESS SHARI GONZALES TO ASCERTAIN WHAT STATEMENT OR STATEMENTS SHE

23    MADE TO ANYONE ASSOCIATED WITH THE INSTANT CASE PRIOR TO HER GIVING

24    TESTIMONY AT TRIAL,  AS TO WHETHER OR NOT SHE HAD PREVIOUSLY NOTIFIED THE

25    SCHOOL DISTRICT OF ANY CLAIM OF GENDER HARASSMENT BY DEFENDANT DIAZ.

26

27          PARTIES, THEIR COUNSEL, THEIR AGENTS AND ANYONE ACTING FOR OR ON

28    BEHALF OF , OR IN CONCERT WITH THEM ARE HEREBY ORDERED NOT TO CONTACT

                                            1

1  SAID POTENTIAL DEPONENT, DIRECTLY OR INDIRECTLY, PRIOR TO THE TAKING OF

2  SAID DEPOSITION.   SAID DEPOSITION, IF IT IS TO BE TAKEN,  IS TO BE TAKEN WITHIN

3  7 DAYS OF THE DATE OF THE INSTANT ORDER.

6  IT IS SO ORDERED.

7  **Dated:    June 7, 2007**                          _____/s/ Lawrence J. O'Neill_____
                                                     UNITED STATES DISTRICT JUDGE

2