# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>MCFARLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 05-0796 LJO DLB<br><br>**ORDER ON OPPOSITION TO DEFENSE PRETRIAL MOTIONS** |

On June 15 and 18, 2007, defendants filed their motions for a new trial, for judgment as a matter of law, and to alter or amend the judgment. Defendants set an August 6, 2006 hearing on their motions. On review of the defense motions and in interests of expediency, this Court:

1. ORDERS plaintiff Jody Gardner Clanahan, no later than July 5, 2007, to file her opposition papers to the defense motions; and

2. VACATES the August 6, 2007 hearing subject to this Court resetting a hearing if it deems necessary.

IT IS SO ORDERED.

**Dated:   June 19, 2007**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1