IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN,<br><br>        Plaintiff,<br><br>     vs.<br><br>MCFARLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants.<br>                                        / | CASE NO. CV F 05-0796 LJO DLB<br><br>**ORDER re: REQUEST BY PLAINTIFF FOR EXTENSION TO FILE OPPOSITION**<br>(doc. 148) |

       The Court has received and reviewed the "Plaintiff's Request for One Week's Extension Of Time To File Opposition To Motions For New Trial And Proposed Order."  The motion's basis is two-fold:

           1) The press of business due to a binding arbitration in June, 2007;

           2) Health concerns from and after "an incident in the courtroom" on June 30, 2007

       The plaintiff's opposition to the motions for new trial was due today, June 5, 2007.  Although plaintiff's counsel states in her instant request that she knows of no urgency for the need for her to respond to the pending motions, the Court does.  The longer the duration from the trial to the time of a ruling on post trial motions, the more difficult it is for the Court to rule with specificity.  The undersigned is currently handling matters in approximately sixty to seventy cases per week.  The efficient and timely handling of cases before the Court is of paramount urgency in this and all other matters.

1

1    Nonetheless, the Court finds that good cause exists for the granting of the one week requested
2 continuance.  The plaintiff's opposition to the motions for new trial will now be due to be filed on or
3 before NOON on Thursday, July 12, 2007.  On that date, at that time, the Court will either rule, or will
4 set a date and time for oral argument, depending on whether the Court finds the need for oral argument
5 based on the papers filed.  Plaintiff's counsel must file the opposition electronically, and also FAX the
6 opposition directly to chambers (559) 499-5959.

10  IT IS SO ORDERED.
11  **Dated:  July 5, 2007**               **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE