IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN,<br><br>              Plaintiff,<br><br>      vs.<br><br>MCFARLAND UNIFIED SCHOOL<br>DISTRICT, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. CV F 05-0796 LJO DLB<br><br>**ORDER TO SET HEARING ON POST-TRIAL MOTIONS**<br><br>Date:   August 2, 2007<br>Time:  2 p.m.<br>Dept.:  4 (LJO) |

Defendants have filed their moving papers for a new trial, for judgment as a matter of law, and to alter or amend the judgment, and plaintiff has filed her opposition papers to the defense motions along with her motions to strike/disregard juror declaration and for attorney fees. On the basis of good cause, this Court:

1. ORDERS defendants, no later than July 23, 2007, to file their reply papers for their motions for a new trial, for judgment as a matter of law, and to alter or amend the judgment and opposition papers to plaintiff's motion to strike juror declaration;

2. SETS, at plaintiff's request, a hearing for August 2, 2007 at 2 p.m. in Department 4 (LJO) on defendants' motions for a new trial, for judgment as a matter of law, and to alter or amend the judgment and plaintiff's motion to strike juror declaration. Counsel may appear at the hearing by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680;

1   3.   VACATES the August 17, 2007 hearing on plaintiff's motion for attorney fees. Defendants need not respond to plaintiff's motion for attorney fees pending a ruling on defendants' motions for a new trial, for judgment as a matter of law, and to alter or amend the judgment.

IT IS SO ORDERED.

**Dated:   July 11, 2007**                     /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE