IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN,<br><br>              Plaintiff,<br><br>     vs.<br><br>MCFARLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>              Defendants.<br>_____ / | CASE NO. CV F 05-0796 LJO DLB<br><br>**ORDER FOR FURTHER EXTENSION FOR REPLY PAPERS FOR DEFENSE POST-TRIAL MOTIONS**<br>(Doc. 162.) |

This Court issued its July 13, 2007 order to set a July 27, 2007 deadline for defendants to file and serve their reply papers for their motions for a new trial, for judgment as a matter of law, and to alter or amend the judgment and opposition papers to plaintiff's motion to strike juror declaration. Based on the request of defense counsel due to his vacation, this Court FURTHER EXTENDS to July 30, 2007 at 12 p.m. the deadline for defendants to file and serve their reply papers for their motions for a new trial, for judgment as a matter of law, and to alter or amend the judgment and opposition papers to plaintiff's motion to strike juror declaration. The August 2, 2007 hearing on the motions remains as set.

IT IS SO ORDERED.

**Dated:   July 17, 2007**                    /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE

1