# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN,<br><br>            Plaintiff,<br>  vs.<br>MCFARLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 05-0796 LJO DLB<br><br>**ORDER ON ORAL ARGUMENT FOR POST-TRIAL MOTIONS** |

The parties' respective counsel have fully briefed this Court on defendants' motions for a new trial, for judgment as a matter of law, and to alter or amend the judgment and on plaintiff's motion to strike juror declaration. This Court fully understand the parties' respective positions on the motions and has no questions. This Court will deem the motions submitted, issue a written order and VACATE the August 2, 2007 hearing on the motions, unless counsel, no later than **12 p.m. on July 31, 2007,** requests the Court in writing to proceed with the hearing. If the hearing proceeds, this Court will entertain only argument and matters which were not **and** could not have been raised in the parties' papers.

IT IS SO ORDERED.

**Dated:   July 30, 2007**                         **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE