```
                                         FILED
                                   JUDGMENT ENTERED

                                         August 3, 2007
                                              Date
                                   by _____G. Lucas_____
                                           Deputy Clerk
                                       U.S. District Court
                                   Eastern District of California
                                   __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JODY GARDNER CLANAHAN,

       Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:05-CV-796 LJO DLB

McFARLAND UNIFIED SCHOOL DISTRICT, ERMALINDA OZUNA, and DAVID DIAZ

       Defendant.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of defendant Ermalinda Ozuna and against plaintiff Jody Gardner Clanahan.

DATED:  August 3, 2007

                              VICTORIA C. MINOR, Clerk

                              /S/  G. Lucas
                    By:
                              Deputy Clerk