```
                    FILED
               JUDGMENT ENTERED

                    August 3, 2007
                        Date
             by _____G. Lucas _____
                     Deputy Clerk
              U.S. District Court
           Eastern District of California
         __XX___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
JODY GARDNER CLANAHAN,

         Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:05-CV-796 LJO DLB
McFARLAND UNIFIED SCHOOL
DISTRICT, ERMALINDA OZUNA,
and DAVID DIAZ

         Defendant.
_____/
```

JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of defendant Ermalinda Ozuna and against plaintiff Jody Gardner Clanahan.

DATED:  August 3, 2007

                                        VICTORIA C. MINOR, Clerk

                                        /S/  G. Lucas
                                    By:
                                        Deputy Clerk