IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MCFARLAND UNIFIED SCHOOL<br>DISTRICT, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 05-0796 LJO DLB<br><br>**ORDER TO PROCEED WITH TRIAL<br>SETTING CONFERENCE**<br><br>Date:　August 22, 2007<br>Time:　8:30 a.m.<br>Dept.:　4 (LJO) |

　　　　Plaintiff filed an August 13, 2007 notice to attempt to appeal this Court's August 3, 2007 orders to grant defendants McFarland Unified School District and David Diaz a new trial and to deny plaintiff's attorney fees motion as moot or premature. Plaintiff is not entitled to appeal directly the order to grant a new trial and to deny plaintiff's attorney fees motion. This Court will proceed with the August 22, 2007 conference to set a trial on claims against defendants McFarland Unified School District and David Diaz.

　　　　IT IS SO ORDERED.

**Dated:　August 14, 2007**　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1