# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN, | CASE NO. CV F 05-0796 LJO DLB |
| Plaintiff, | **ORDER TO PROCEED WITH TRIAL SETTING CONFERENCE** |
| vs. | Date:  August 22, 2007 |
| MCFARLAND UNIFIED SCHOOL DISTRICT, et al., | Time:  8:30 a.m.<br>Dept.:  4 (LJO) |
| Defendants. | |

Plaintiff filed an August 13, 2007 notice to attempt to appeal this Court's August 3, 2007 orders to grant defendants McFarland Unified School District and David Diaz a new trial and to deny plaintiff's attorney fees motion as moot or premature. Plaintiff is not entitled to appeal directly the order to grant a new trial and to deny plaintiff's attorney fees motion. This Court will proceed with the August 22, 2007 conference to set a trial on claims against defendants McFarland Unified School District and David Diaz.

IT IS SO ORDERED.

**Dated:   August 14, 2007**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

1