IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN,<br><br>          Plaintiff,<br><br>   vs.<br><br>MCFARLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>          Defendants.<br>_____ / | CASE NO. CV F 05-0796 LJO DLB<br><br>**ORDER SETTING EX PARTE PETITION FOR AUGUST 22, 2007** |

      The Court has received and reviewed plaintiff's *ex parte* Petition For Certification of the Order Granting New Trial.

      Plaintiff's Petition will be a topic of discussion at the Status Conference set for August 22, 2007 in Department 4. Defendants will be given an opportunity, however, to provide a written response, on issues including the substance of the request and the timeliness of the petition. A briefing scheduling will be set at the conference if the issue is not resolved.

 IT IS SO ORDERED.

**Dated:   August 20, 2007**                     **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE