1
2
3
4
5
6
7        **IN THE UNITED STATES DISTRICT COURT**

8        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   JODY GARDNER CLANAHAN,                    CASE NO. CV F 05-0796 LJO DLB

11                                            **ORDER AFTER STATUS CONFERENCE**
                   Plaintiff,                **SETTING NEW TRIAL DATE**
12
           vs.                               Motions in Limine
13                                           Filing Deadline:        February 13, 2008
     McFARLAND UNIFIED SCHOOL DIST., et al.,
14                                           Motions in Limine
                   Defendants.               Response Deadline:      March 5, 2008
15
                                             Motions in Limine
16                                           Hearing:            Date:   March 20, 2008
                                                                 Time:   8:30 a.m.
17                                                               Dept.:  4 (LJO)

18                                           Reopen Discovery    Date: Oct. 30, 2007
                                             Hearing:            Time: 8:30 a.m.
19                                                               Dept.: 4 (LJO)

20                                           Jury Trial:         **NEW DATE:**
                                             (10 days est.)      April 14, 2008
21                                                               Time:  8:30 a.m.
                                                                 Dept.: 4 (LJO)
22   _____/

23          On August 22, 2007, this matter came on for a status conference to reset trial and related dates

24   following this Court's grant of a motion for new trial.  Plaintiff Jody Garner Clanahan appeared by

25   counsel Phyllis Andelin.  Defendants McFarland Unified School District appeared by counsel Arnold

26   Anchordoquy. Defendant David Diaz appeared by counsel Greg Myers. Pursuant to F.R.Civ.P. 16(e),

27   the Court resets the following dates.

28   /////

                                             1

**A.      Trial**

A 10-day jury trial is set for **April 14, 2008** at 8:30 a.m. in Department 4 (LJO) before United States District Judge Lawrence J. O'Neill.

**B.      Further Discovery or Motions**

If further or additional discovery is requested, a motion to reopen discovery shall be filed no later than September 28, 2007.  Any response to the motion shall be filed no later than October 12, 2007.  A hearing is set for October 30, 2007 at 8:30 a.m. in Department 4.

**C.      Settlement Conference**

This Court sets a settlement conference for **October 9, 2007 at 1:30 p.m.** in Department 7 (SMS) before United States Magistrate Sandra M. Snyder. Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the settlement conference with the parties and the person or persons having full authority to negotiate and settle the case, on any terms, at the conference.

**No later than five court days before the conference,** each party shall submit directly to the settlement conference judge's chambers a confidential settlement conference statement.  This statement should neither be filed with the clerk of the Court nor served on any other party.  Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently.  Counsel are urged to request the return of their statements.  If such request is not made, the Court will dispose of the statement.

The confidential settlement conference statement shall include the following:

A.      A brief statement of the facts of the case;

B.      A brief statement of the claims and defenses (i.e., statutory or other grounds upon which the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

C.      A summary of the proceedings to date;

D.      An estimate of the cost and time to be expended for further pretrial and trial matters, including discovery;

E.      The relief sought; and

F.      The party's position on settlement, **including what the party will accept to settle, realistic settlement expectations**, present demands and offers, and a history of past settlement discussions, offers, and demands.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case.  As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference.  Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

**D.      Witnesses**

Only witnesses listed in this pretrial order (including "rebuttal" and/or "impeachment" witnesses) shall be allowed to testify at trial, except as may otherwise be provided by this Court's order after a showing of good cause, or by stipulation of the parties and this Court's order thereon.  The parties shall submit any modifications to their prior witness list, from the first trial, to Department 4 (LJO) no later than **April 10, 2008.**

**E.      Trial Exhibits**

The parties shall submit any modifications to their prior trial exhibits and objections, from the first trial, to Department 4 (LJO) no later than **April 10, 2008.**  The parties shall submit original and two copies of any additional exhibits, along with the appropriate indexes.

**F.      New Motions in Limine**

Any new motions in limine shall be filed and served no later than **February 13, 2008.** Responses to motions in limine shall be filed and served no later than **March 5, 2008. Counsel shall send a courtesy copy of their respective motions in limine and responses to motions in limine via overnight delivery to Department 4 (LJO) chambers.** Counsel must ensure their original papers are filed with clerk's office.  This Court will conduct the hearing on the new motions in limine on **March 20, 2008 at 8:30 a.m.** in Department 4 (LJO).  Counsel may appear at the hearing by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680.

**G.      Joint Statement of the Case/Agreed Statements**

3

1     Any changes to the joint statement of the case, for use during jury voir dire, shall be filed no later

2 than **April 10, 2008.**

3 **H.**     **Proposed Jury Voir Dire**

4     Any changes to counsel-requested voir dire shall be filed and served no later than **April 10, 2008.**

5 **I.**     **Proposed Jury Instructions and Verdict Forms**

6     Any new or different proposed jury instructions and verdict forms shall be filed an served no later

7 than **April 10, 2008.**

8 **J.**     **Compliance with This Order**

9     Strict compliance with this order and its requirements is mandatory.  Counsel and parties are

10 subject to sanctions for failure to fully comply with this order and its requirements.

11

12 IT IS SO ORDERED.

13 **Dated:**   **August 22, 2007**            **/s/ Lawrence J. O'Neill**

14                               UNITED STATES DISTRICT JUDGE

4