```
 1  PHYLLIS E. ANDELIN P.C.(SB #60430)
    Law Offices of Phyllis E. Andelin
 2  240 B Miller Avenue
    Mill Valley, California 94941
 3  Telephone: (415) 380 0713
    Facsimile: (415) 380 0715
 4  Attorneys for Plaintiff

 5  MR. ARNOLD ANCHORDOQUY, ESQ.
    Clifford & Brown
 6  Bank of America Building
    1430 Truxtun Avenue, Suite 900
 7  Bakersfield, California 93301-5230
    Attorneys for Defendant McFarland School District
 8
    MR. GREG MYERS, ESQ.
 9  Myers & Mayfield, P.C.
    1130 E. Shaw Avenue, Suite 200
10  Fresno, California 93710
    Attorneys for Defendant David Diaz
11
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JODY GARDNER CLANAHAN, | Case No. CV 00796 LJO |
| Plaintiff, | **STIPULATION AND ORDER RE: MOTIONS TO RE-OPEN DISCOVERY** |
| vs. | |
| MCFARLAND UNIFIED SCHOOL DISTRICT, through its Board of Trustees; DAVID DIAZ, an individual; ERMALINDA OZUNA, an individual, | **New Hearing Date:** **Nov. 19, 2007** **8:30 a.m.** **Dept. 4 (LJO)** |
| Defendants. | |

The parties to this action, through their respective attorneys, hereby stipulate and agree to the following:

1.  The Court has scheduled October 30, 2007 for the hearing on the parties' motions to re-open discovery. Notice of such motions along with supporting papers must be filed no later that September 25, 2007.

2.  The parties have scheduled a private mediation before retired Judge Raoul Ramirez for October 4, 2007 in Sacramento. The purpose of the mediation is to explore settlement to avoid a

Case No. CV 00796 LJO STIPULATION AND [PROPOSED]ORDER RE: MOTIONS TO RE-OPEN DISCOVERY

1

1  second trial.

2     3.   The parties have agreed to jointly request that the
3  hearing on the motions to re-open discovery be rescheduled at the
4  Court's convenience, so that the motions and briefs are not due
5  until after the efforts of the private mediation have been
6  completed.

7     4.   The parties have agreed to request that the hearing on
8  the parties' motions to re-open discovery be rescheduled for a
9  date in December, due to schedule conflicts.

10 Dated: September 19, 2007     LAW OFFICES OF PHYLLIS E. ANDELIN
                                 PHYLLIS E. ANDELIN
11

12                               By:_____
                                       Attorneys for Plaintiff
13

14 Dated: September 19, 2007     CLIFFORD & BROWN
                                 ARNOLD ANCHORDOQUY
15

16                               By:_____
                                       Attorneys for McFarland
17                                     Unified School District

18 Dated: September 19, 2007     GREGORY MYERS
                                 MYERS & MAYFIELD, P.C.
19

20                               By:_____
                                       Attorneys for Plaintiff
21
        FOR GOOD CAUSE SHOWN, the hearing set for October 30, 2007
22
   is vacated.  The parties' motions to re-open discovery are re-
23
   scheduled for November 19, 2007 at 8:30a.m. in Dept. 4 (LJO). The
24
   parties may appear telephonically.
25
        Opening papers shall be filed and served no later than
26
   October 18, 2007.  Opposition papers shall be filed and served no
27

28

Case No. CV 00796 LJO STIPULATION AND [PROPOSED]ORDER RE: MOTIONS TO RE-OPEN DISCOVERY
                                                                              2

1  later than November 5, 2007.  Reply papers shall be filed and
2  served no later than November 12, 2007.

3                          IT IS SO ORDERED.

4  **Dated:   September 24, 2007          /s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE