UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GARDNER CLANAHAN, | CASE NO. CV F 05-0796 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| McFARLAND UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Plaintiff's counsel informed the Court that this action has settled. **Pursuant to this Court's - Local Rule 16-160, the Court ORDERS that a stipulation and order to dismiss this action in its entirety be submitted no later than November 9, 2007.**

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   October 5, 2007**                            **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE