GREGORY L. MYERS, 095743
MYERS & MAYFIELD
A PROFESSIONAL CORPORATION
Attorneys at Law
1130 E. SHAW AVE., SUITE 200
FRESNO, CALIFORNIA 93710
TELEPHONE (559) 222-1005

Attorneys for   Defendant David Diaz

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JODY GARDNER CLANAHAN, | ) | CASE NO. 1:05-CV-00796-LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | DISMISS CASE IN ITS ENTIRETY |
| vs. | ) | |
| | ) | |
| McFARLAND UNIFIED SCHOOL | ) | |
| DISTRICT, through its Board of | ) | |
| Trustees; DAVID DIAZ, an individual; | ) | |
| ERMALINDA OZUNA, an individual, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR COUNSEL**:

That the parties in this case participated in a mediation on October 4, 2007;

That the parties agreed to a settlement the terms of which are set forth in a confidential settlement agreement which has been executed by the parties. Among other terms, each party is to bear their own costs and attorneys fees;

It is stipulated that this matter may be dismissed with prejudice.

DATED: November 8, 2007                    MYERS & MAYFIELD

By:  /s/ Gregory L. Myers
GREGORY L. MYERS,
Attorneys for DAVID DIAZ

1

1    DATED: November 7, 2007                CLIFFORD & BROWN

2

3                                          By: /s/ Arnold Anchordoquy
                                                ARNOLD ANCHORDOQUY, ESQ.
4                                               Attorneys for Defendants,
                                                McFARLAND UNIFIED SCHOOL
5                                               DISTRICT, and ERMALINDA OZUNA,
                                                an individual
6

7
     DATED: October 26, 2007               LAW OFFICES OF PHYLLIS E. ANDELIN
8

9

10                                         By:      /s/ Phyllis E. Andelin
                                                PHYLLIS E. ANDELIN P.C.
11                                              Attorneys for Plaintiff

12

13   IT IS SO ORDERED.

14   **Dated:    November 8, 2007**                 /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28